# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    <u>    Brumfield       Jonathan       Edward     </u>
               Last Name            First Name           Middle

SIGNATURE<u>  Signed by: [signature] C29FB54CF6384F0...  </u>

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Stroman_____Stroman_____Evelton_____
                        Last Name                          First Name                          Middle

SIGNATURE_____

**Signed by:**

7B669E3B6B2F4C6...

**(Continue on Reverse)**

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Abedin       Joynul       Muhammed
           Last Name         First Name         Middle

SIGNATURE _____ Signed by: [signature] BF184313DF0B449...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Acaba _____ Tabitha _____ M _____
　　　　　　　　Last Name　　　　　　　　First Name　　　　　　　　Middle

Signed by:

SIGNATURE_____
5E1BF7470E46490...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Acevedo _____ Haydee _____ Rosa _____
                     Last Name                    First Name                    Middle

Signed by:

SIGNATURE_____

B1BFBE80DEE2445...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Adams      Lateefah      I
         Last Name          First Name          Middle

SIGNATURE
Signed by:
7AA72FA7CFBB4E0...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

     **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Albert _____ Brenda _____ A _____
                Last Name                   First Name           Middle

SIGNATURE _____ Signed by: Brenda Albert _____
                22ED9CBE3EC640E...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Alicea              Manuel             Jose

                Last Name              First Name             Middle

Signed by:

SIGNATURE

B5EA6DB9B9FF4D9...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Allen _____ Daina _____ Desiria _____
Last Name                                       First Name                              Middle

Signed by:

SIGNATURE_____*Daina Allen*_____
ED16EB19A83D4E8...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Alleyne_____Tanisha_____Lashan_____
              Last Name                    First Name                    Middle

SIGNATURE___*Signed by:* [signature] _____
                          6FAE266578184FA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Alvarez_____Kesia_____N/A_____
            Last Name                        First Name                        Middle

SIGNATURE_____
Signed by:
5977FC948277461...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Alvarez             Martin             Jesus
                         Last Name             First Name             Middle

Signed by:

SIGNATURE     *Martin J Alvarez*
                 584C2731E5CF486...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Alvarez _____ Roberto _____ N/A _____
                    Last Name                   First Name                  Middle

SIGNATURE_____ Roberto Alvarez _____
    79B2D86C29E64C3...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Andre          Ronald          N/a
             Last Name          First Name          Middle

Signed by:

SIGNATURE _____
B13E138F8AA04D2...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____

| Andujar | Alex | Daniel |
|---------|------|--------|
| Last Name | First Name | Middle |

Signed by:

SIGNATURE_____
862FD66E02AE47C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Aquart_____Roxanne_____R_____

    Last Name                    First Name                    Middle

Signed by:

SIGNATURE_____ *Roxanne Aquart* _____

    B2482476B563490...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Arrufat_____Margie_____A_____
              Last Name              First Name          Middle

SIGNATURE_____
            Signed by:
            EFA57928173B4EF...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME           Asti                  Jose               Renzo

                    Last Name                 First Name           Middle

SIGNATURE

Signed by:
FBD62FC5F5FF4B3…

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Astudillo_____Max_____N/A_____
                          Last Name                    First Name                  Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____AUGUSTIN_____Ted_____Alberic_____
                             Last Name                          First Name                        Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Bailey_____Naomi_____M_____
                        Last Name                          First Name                          Middle

Signed by:

SIGNATURE_____
5CC500ACE8164F0...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Bailey _____ Leonard _____ Gauntlett _____

Last Name                        First Name                        Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Baker _____ Douglas _____ -N-A _____
                Last Name                First Name              Middle

SIGNATURE_____ Signed by: _____
                  B002CB6C2101401...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Baldwin            Kirk            Kerry
                 Last Name           First Name           Middle

Signed by:

SIGNATURE _K.B._

B6EFF5A0CD20402...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

  **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Barksdale _____ Jamal _____ Leon _____
                Last Name                    First Name                    Middle

Signed by:

SIGNATURE_____
AFB1457FFD92451...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Barnes_____Kshanee_____Monique_____
                       Last Name                      First Name             Middle

Signed by:

SIGNATURE_____
2215774891CA4A3...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

     **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Barrington         Zylia        V
               Last Name             First Name           Middle

SIGNATURE _____ Signed by: 6F71A3E3A4DF48F...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Barry _____ Ajamu _____ M _____
                    Last Name                      First Name                      Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Barton                          Wilma                          D
                Last Name                      First Name                      Middle

SIGNATURE _____ Signed by:
                    W. Barton
                    3B4485D589EF462...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Barton_____Desmond_____R_____
                    Last Name                        First Name                        Middle

Signed by:
SIGNATURE___*D. Barton*_____
6F57098D3CAB4AA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

  **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Battle         Shaday         R
        Last Name        First Name        Middle

SIGNATURE _____

DocuSigned by:

0589E5B3DE0E48C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ____Beato_____Juan_____Jose_____
Last Name                          First Name                        Middle

SIGNATURE____[signature] Signed by: CF5C5FE7603A496..._____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Beckett_____Dionne_____m_____
                              Last Name                    First Name                    Middle

SIGNATURE_____

Signed by:

FC01811E2E8D4B3...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Bedell_____Marcia_____Na_____
                Last Name              First Name           Middle

SIGNATURE_____

Signed by:
1EDF859CCD85480...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Bektesevic _____ Emrah _____ N/A _____

Last Name                    First Name                    Middle

DocuSigned by:

SIGNATURE_____

942FDC1C149640C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Benjamin               Tracy             N/A

                   Last Name             First Name            Middle

Signed by:

SIGNATURE

CE139D78E911436...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.


NAME _____Bennerman_____Lataisha_____L_____
                          Last Name                              First Name                        Middle


SIGNATURE_____

Signed by:

42CA8FDABAB944D...


**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME       Bennett             Jerome           Anthony
                Last Name                First Name             Middle

Signed by:

SIGNATURE_____
6B395BC37BC04C9...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Berry          Vanessa          N/A

                Last Name           First Name           Middle

SIGNATURE _____

Signed by: *Vanessa Berry*
A739E51B63B440D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Bethelmie _____ Melissa _____ MB _____
                        Last Name                      First Name                       Middle

Signed by:

SIGNATURE_____ M. B _____
                    740FCA31C0FB443...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Bility_____Mohammed_____S_____
            Last Name                    First Name                Middle

SIGNATURE_____

Signed by:

38243E1DF145431...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Blackman        Alisia        Aneesha
          Last Name          First Name          Middle

Signed by:

SIGNATURE _____

70CB350E3C58425...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

　　**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Blair_____Miracle_____J_____
　　　　　　　　Last Name　　　　　　　First Name　　　　　　Middle

Signed by:

SIGNATURE_____

004B0D7F76C2494...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Boone                          Khadijah                          Mary
                Last Name                    First Name                      Middle

Signed by:
SIGNATURE
38AD810FD6F348E...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Boyd_____Lymik_____Lavel_____
                           Last Name                           First Name                           Middle

Signed by:

SIGNATURE_____*Lymik boyd*_____
                           9EE827292E9C4F7...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Braggs_____Jennifer_____Olivia_____
                    Last Name                          First Name                       Middle

SIGNATURE_____

Signed by:

158F75456FC543D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Brent _____ Kim _____ M _____
                        Last Name                       First Name                       Middle

Signed by:

SIGNATURE_____
                        00E09D9718904D8...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Britton_____Kamel_____Idris_____
                          Last Name                           First Name                            Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____BROWN_____ANTONIO_____B_____
                     Last Name                         First Name                         Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Brown_____Deborah_____Lavonia_____
                     Last Name                          First Name                          Middle

Signed by:

SIGNATURE_____
91F3D7A135F1489...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Brown_____Nadirah_____B_____
                    Last Name                        First Name                      Middle

SIGNATURE_____
Signed by:
*Nadirah Brown*
69514CA067C1468...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Brown_____Terish_____Yolanda_____
                       Last Name                          First Name                         Middle

Signed by:

SIGNATURE_____*Terish Brown*_____
                       69926F4FAC004D6...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Brown_____Thomasina_____V_____
　　　　　　　　　　Last Name　　　　　　　　　First Name　　　　　　　　Middle

Signed by:

SIGNATURE_____

63987D9C20754AD...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Brown_____Whitney_____T_____
                    Last Name                          First Name                         Middle

Signed by:

SIGNATURE_____*Whitney Brown*_____
                        C992AFAF5A29478...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Brown                 Craig                 Edward
                Last Name                 First Name                 Middle

Signed by:

SIGNATURE _____
588206225C754C8...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Brown-Bess           Daniel                 L
               Last Name             First Name            Middle

SIGNATURE _Signed by:_ E0B7F00B1F38489...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

     **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME         Browno                    Darren                Thomas
                  Last Name                  First Name             Middle

Signed by:

SIGNATURE_____
                6F4FA72A7D9047F...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Bullock _____ Brandon _____ M _____
|         Last Name          |         First Name          |          Middle          |

SIGNATURE _____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Bumpars          Florine          T
              Last Name          First Name          Middle

Signed by:
SIGNATURE    *Florine Bumpars*
             6D433D173E784A6...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Burgess_____Autumn_____Yvette_____
                      Last Name                          First Name                      Middle

Signed by:

SIGNATURE_____*Autumn Burgess*_____
                    FD4803E669F0459...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Burgos_____Steven_____N/A_____
                          Last Name                       First Name                      Middle

Signed by:

SIGNATURE____*Steven Burgos*_____
                    1C8CD7A462E4408...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Burns_____Steven_____N/A_____
                          Last Name                          First Name                          Middle

Signed by:

SIGNATURE_____Steven burns_____
                                8AA000B4511F42E...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Caldwell                   Kim                   Evon

                       Last Name                  First Name             Middle

Signed by:

SIGNATURE _____

3EE068DC27444BA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

 I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Callahan                              Latoya                         Nicole
 Last Name                     First Name                     Middle

SIGNATURE ~~*L. Callahan*~~
Signed by: 9B01F1BAB46E424…

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Campbell                Henry                James

                  Last Name                  First Name                Middle

SIGNATURE _____

Signed by:

FF711EFD1B1245E...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Campbell             Joshua             Shawn
                   Last Name               First Name              Middle

Signed by:

SIGNATURE_____
2298B3C1212C436...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Cannon_____Sonya_____N/A_____
Last Name                      First Name                      Middle

Signed by:

SIGNATURE_____
48AE18DB72BD482...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Carames_____Jason_____Michael_____
                    Last Name                    First Name                    Middle

Signed by:

SIGNATURE_____
          986E3E12EAF148A...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Cardwell_____Javonne_____N_____
                    Last Name                          First Name                        Middle

SIGNATURE_____
                          9A6C24109C9B40B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Castro Bastardo_____Jose_____L_____
                 Last Name                 First Name          Middle

Signed by:

SIGNATURE_____
123E1D15CB1E484...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Chalas_____Bergin_____N/A_____
                         Last Name                      First Name                      Middle

Signed by:
SIGNATURE_____Bergin Chalas_____
                         0785C392AB0049B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME   _____Chance_____Ebony_____Monique_____

                           Last Name                     First Name              Middle

Signed by:

SIGNATURE_____*Ebony Chance*_____
            314F51D9A2BC4A9...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Choi_____David_____N/A_____
                        Last Name                              First Name                              Middle

SIGNATURE____[Signed by: signature 43AD36FC39B248F...]_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Clarke _____ Ayoletta _____ Katurah _____
              Last Name                        First Name                      Middle

Signed by:

SIGNATURE_____ Ayoletta Clarke _____
              C6F21B55EE9A4EA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ____Clarke_____Jodi-Ann_____Melissa_____
                Last Name                    First Name              Middle

Signed by:

SIGNATURE____*Jodi-Ann Clarke*_____
13FF3AC07137499...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Clarke_____Ramano_____Mikhail_____
                    Last Name                          First Name                           Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Clemente _____ Raven _____ D _____
                    Last Name                      First Name                    Middle

Signed by:

SIGNATURE_____
              CC2A9AFB40E1437...

**(Continue on Reverse)**

## CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Coard _____ Rosalyn _____ Annette _____

        Last Name              First Name              Middle

Signed by:

SIGNATURE_____ Rosalyn Coard _____

        84856FF35AF2494...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Cobay        Tayez        Sliwa
           Last Name           First Name         Middle

Signed by:

SIGNATURE _____
4A40455904F24D5...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME      Collado                Tempestt            Christine

                    Last Name                First Name           Middle

SIGNATURE   *Signed by: Tempestt Collado*   BBA600E6B8154FB...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Commrie _____ Nickey _____ Maria _____

Last Name                       First Name                       Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Cooper_____James_____E_____
                        Last Name                    First Name                    Middle

SIGNATURE_____

Signed by:

E0090CFD2AF74BA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Cooper          Vanessa          Marie
                 Last Name          First Name          Middle

Signed by:

SIGNATURE _____
28027C96A97E471...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Cordero_____Johan_____Miguel_____
                          Last Name                         First Name                        Middle

SIGNATURE_____

Signed by:

7CF4E183D2B24E4...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Corley-Santos_____Taki'yah_____Ramani_____
                          Last Name                       First Name              Middle

Signed by:

SIGNATURE_____
BE88C6ABE2F344D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Cosaj            Ferida            NA
                  Last Name            First Name            Middle

Signed by:

SIGNATURE _____
D34B277EB27844B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Coston        Shaneeda        Lanel
                     Last Name               First Name             Middle

Signed by:

SIGNATURE _____
C7ED7FA99FCC46D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Cottle_____Dejuan_____Dante_____
            Last Name                    First Name                Middle

SIGNATURE_____[Signed by: signature] 0A06B71CC39E430..._____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.


NAME _____Cotto_____Johanna_____N/A_____
                    Last Name                    First Name                    Middle



SIGNATURE_____

Firmado por:
*Johanna Cotto*
63AA0240101D48A...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME        Cotto               Wilbur             NONE

                  Last Name             First Name            Middle

SIGNATURE    *Signed by: Wilbur Cotto*
               7CC152269EDE419...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Cotton               Tyquithia               Khalilah
                       Last Name               First Name               Middle

Signed by:

SIGNATURE _____

3645C948F764446...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Crismali            Sierra            Monae
                    Last Name            First Name            Middle

Signed by:

SIGNATURE _____ Sierra Crismali _____
BB9D5128360D46D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME         Crothers            Charie             Karice

                        Last Name                      First Name                 Middle

Signed by:

SIGNATURE

0D6D32C5B84243B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Cruz _____ Carlos _____ A _____
                     Last Name                          First Name                        Middle

Signed by:

SIGNATURE_____
                         7CD7A223D11A4A0...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Cruz_____Hector_____DeJesus_____
                         Last Name                    First Name                       Middle

Signed by:

SIGNATURE_____
                         026F1A9D02A046D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Cruz_____Samantha_____Anne_____
            Last Name              First Name              Middle

SIGNATURE_____

**(Continue on Reverse)**

# CONSENT TO SUE
## REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____cunningham_____Priscilla_____A_____
                        Last Name                          First Name                          Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Cyriaque _____ Yve _____ Gerline _____
                    Last Name                       First Name                        Middle

SIGNATURE_____

Signed by:
9F32BD5AD756464...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     D'Angelo            Christopher           Albert
                   Last Name                 First Name              Middle

Signed by:

SIGNATURE
D21F8D57DE7B43E...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME        Daniel               Robert              Edwin

              Last Name             First Name           Middle

SIGNATURE _____

Signed by:

1D4737298C9B481...

**(Continue on Reverse)**