**EVELTON STROMAN et al. v. CITY OF NEW YORK**

**APPENDIX TO CIVIL COVER SHEET**

1.  EVELTON STROMAN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

2.  JONATHAN BRUMFIELD
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

3.  JOYNUL ABEDIN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

4.  TABITHA ACABA
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

5.  HAYDEE ACEVEDO
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

6.  LATEEFAH ADAMS
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

7.  BRENDA ALBERT
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

1

8. MANUEL ALICEA
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

9. DAINA ALLEN
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

10. TANISHA ALLEYNE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

11. KESIA ALVAREZ
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

12. MARTIN ALVAREZ
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

13. ROBERTO ALVAREZ
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

14. RONALD ANDRE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

15. ALEX ANDUJAR
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

16. ROXANNE AQUART
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

17. MARGIE ARRUFAT
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

18. JOSE ASTI
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

19. MAX ASTUDILLO
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

20. TED AUGUSTIN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

21. NAOMI BAILEY
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

22. LEONARD BAILEY
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

23. DOUGLAS BAKER
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

24. KIRK BALDWIN
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

25. JAMAL BARKSDALE
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

26. KSHANEE BARNES
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

27. ZYLIA BARRINGTON
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

28. AJAMU BARRY
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

29. WILMA BARTON
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

30. DESMOND BARTON
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

31. SHADAY BATTLE
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

4

32. JUAN BEATO
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

33. DIONNE BECKETT
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

34. MARCIA BEDELL
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

35. EMRAH BEKTESEVIC
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

36. TRACY BENJAMIN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

37. LATAISHA BENNERMAN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

38. JEROME BENNETT
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

39. VANESSA BERRY
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

40. MELISSA BETHELMIE
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

41. MOHAMMED BILITY
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

42. ALISIA BLACKMAN
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

43. MIRACLE BLAIR
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

44. KHADIJAH BOONE
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

45. LYMIK BOYD
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

46. JENNIFER BRAGGS
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

47. KIM BRENT
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

48. KAMEL BRITTON
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

49. ANTONIO BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

50. DEBORAH BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

51. NADIRAH BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

52. TERISH BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

53. THOMASINA BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

54. WHITNEY BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

55. CRAIG BROWN
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

56. DANIEL BROWN-BESS
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

57. DARREN BROWNO
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

58. BRANDON BULLOCK
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

59. FLORINE BUMPARS
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

60. AUTUMN BURGESS
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

61. STEVEN BURGOS
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

62. STEVEN BURNS
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

63. KIM CALDWELL
   C/O SPIVAK LIPTON LLP
   1040 AVENUE OF THE AMERICAS, 20TH FLOOR
   NEW YORK, NY 10018
   NEW YORK COUNTY

64. LATOYA CALLAHAN
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

65. HENRY CAMPBELL
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

66. JOSHUA CAMPBELL
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

67. SONYA CANNON
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

68. JASON CARAMES
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

69. JAVONNE CARDWELL
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

70. JOSE CASTRO BASTARDO
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

71. BERGIN CHALAS
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

9

72. EBONY CHANCE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

73. DAVID CHOI
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

74. AYOLETTA CLARKE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

75. JODI-ANN CLARKE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

76. RAMANO CLARKE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

77. RAVEN CLEMENTE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

78. ROSALYN COARD
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

79. TAYEZ COBAY
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

80. TEMPESTT COLLADO
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

81. NICKEY COMMRIE
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

82. JAMES COOPER
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

83. VANESSA COOPER
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

84. JOHAN CORDERO
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

85. TAKI'YAH CORLEY-SANTOS
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

86. FERIDA COSAJ
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

87. SHANEEDA COSTON
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

88. DEJUAN COTTLE
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

89. JOHANNA COTTO
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

90. WILBUR COTTO
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

91. TYQUITHIA COTTON
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

92. SIERRA CRISMALI
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

93. CHARIE CROTHERS
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

94. CARLOS CRUZ
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

95. HECTOR CRUZ
C/O SPIVAK LIPTON LLP
1040 AVENUE OF THE AMERICAS, 20TH FLOOR
NEW YORK, NY 10018
NEW YORK COUNTY

96. SAMANTHA CRUZ
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

97. PRISCILLA CUNNINGHAM
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

98. YVE CYRIAQUE
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

99. CHRISTOPHER D'ANGELO
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY

100.    ROBERT DANIEL
    C/O SPIVAK LIPTON LLP
    1040 AVENUE OF THE AMERICAS, 20TH FLOOR
    NEW YORK, NY 10018
    NEW YORK COUNTY