**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

EVELTON STROMAN, *et al.*,

        Plaintiffs,

        v.

CITY OF NEW YORK,

        Defendant.

Case No. 25-cv-09478

**<u>NOTICE OF FILING CONSENTS TO JOIN</u>**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the

following individuals:

1. LINDA DARBY
2. MIRIAM DAS
3. ROGER DAVID
4. RUSSELL DAVID
5. BRANDON DAVIS
6. ALTON DAVIS
7. TANIQUA DEANS
8. NIKEITA DEHANEY
9. ROBERTO DEHOYOS
10. DANIEL DEL
11. SHANTEL DELANEY
12. DOUGLAS DENNIS
13. NANCY DESIR
14. MAURENE DESIR
15. ERNST DESRAMEAUX
16. MICHAEL DEXTER
17. ANGELINA DIAZ
18. MICHAEL DIAZ
19. SAMANTHA DIAZ
20. TASHA DIAZ
21. VALENTIN DIKSHTEYN
22. ANDRICKSON DILONE
23. NADIA DISALVO
24. DESTINY DIXON
25. CHRISTINA DORSETTE

1

26. MICHAEL DUDLEY
27. NATASHA DUNMEYER
28. MICHAEL DUNN
29. RAEMONY DUNN
30. NICOLE DUNTON
31. DAVID EDDIE
32. AARON EDMONDS
33. EBONY EDWARDS ( FORMERLY KITTLES)
34. KARIM ELSERGANY
35. NNAMDI ENEANYA
36. REIKO FACEY
37. JOSHUA FAX
38. DAMION FEARON
39. NIEMA FELICIANO
40. JAMES FELIX
41. DERRICK FEURTADO
42. MICHAEL FINNELL
43. TRACY FINNERTY
44. JAMES FONG
45. JASMINE FONVILLE
46. MALIK FORBES
47. ANTHONY FORBES
48. MAHOGANY FOY
49. LORENZO FRANCISCO
50. KATHRYN FRANCIS-POWIS

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: November 13, 2025                Respectfully submitted,


/s/ Hope Pordy
Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON, LLP
1040 Avenue of the Americas, 20th Floor
New York, NY 10018
Phone: (212) 765-2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

/s/ Gregory K. McGillivary
Gregory K. McGillivary
Sarah M. Block

2

Rachel B. Lerner
McGillivary Steele & Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy