**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVELTON STROMAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF NEW YORK, <br><br> Defendant. | Case No. 25-cv-09478 |

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. LATASHA FRANK
2. MESSIAH FRAZIER
3. DARIN FRAZIER
4. ARTHUR FREEMAN
5. TRENICE FRISON
6. ALBERT GARCIA
7. HENRY GARCIA
8. ROBERT GARRISON
9. DWAYNE GATHERS
10. DASHAWN GAY
11. JARMEL GILCHRIST
12. SHAKEEMA GILCHRIST
13. LAMAR GILES
14. SHERELLE GILYARD
15. CHRISTIAN GLOVER
16. DEMETRIUS GLOVER
17. LAWRENCE GOLDFARB
18. GERALDO GONZALEZ
19. NASHARA GRADY
20. AMBER GRAHAM-GRIFFIN
21. KARLASIA GRANT
22. MICHAEL GRANT
23. JUVONNE GRAY
24. ANDREA GREEN

1

25. MONICA GRENALD
26. REGINA GRIFFIN
27. NEREYDA GUZMAN
28. CATHERINE HAMILTON
29. STACEYANN HAMMOND
30. ELISE HANTON
31. FREDRICK HARVEY
32. SHAQUANA HAYNES
33. PATRICK HEBBARD
34. TARRELL HENDRICKSON
35. EDMUND HENRY
36. KERRIAN HENRY
37. MAZINE HENRY
38. RENEE HENRY
39. SHUNDELL HENRY
40. TIYSHIA HERBIN
41. WILLIAM HERNANDEZ
42. PHILLIP HIBBERT
43. ANTHONY HIDALGO
44. DAVION HINES
45. MICHAEL HINES
46. ISAAC HODGE
47. STEVEN HOLDER
48. GREGORY HOLMES
49. LEWIS HOLTON
50. STEPHEN HORSFORD

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: November 13, 2025                    Respectfully submitted,


                                            */s/ Hope Pordy*
                                            Hope Pordy
                                            Elizabeth Sprotzer
                                            SPIVAK LIPTON, LLP
                                            1040 Avenue of the Americas, 20th Floor
                                            New York, NY 10018
                                            Phone: (212) 765-2100
                                            hpordy@spivaklipton.com
                                            esprotzer@spivaklipton.com

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary
Sarah M. Block
Rachel B. Lerner
McGillivary Steele & Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

*Counsel for Plaintiffs*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 13, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy
