**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

EVELTON STROMAN, *et al.*,

        Plaintiffs,

    v.

CITY OF NEW YORK,

        Defendant.

Case No. 25-cv-09478

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the

following individuals:

1. JERMAINA HOWARD
2. KENYA HOWARD
3. PETER HOY
4. JAMILYAH HUFF
5. DORIS HUGHES
6. KENYATTE HUGHES
7. YVONNE HUGHES
8. TONYA HUNT
9. VICTORIA HUTSON
10. NATRICIA HUWIE
11. DJEFF HYACINTHE
12. SHANNON INGRAM
13. RAMON INOA
14. DESHAWN IRBY
15. PRESTON IRBY
16. SHARIFF JABER
17. JULIAN JACKSON
18. LATOYA JAMES
19. VANESHANA JAMES
20. LAWRENCE JAMES
21. GLENND JARRIN
22. DORYBENSON JEAN FRANCOIS
23. JAYRON JEFFERIES
24. JAIME JENKINS

1

25. RUDEAN JENKINS
26. ELSON JOHN
27. MATTHEW JOHNSON
28. TASHAWNA JOHNSON
29. JONATHAN JONES
30. RICHARD JONES
31. CLEAISA JUNIOR
32. SABRINA KANE
33. SPYRIDON KAROUSOS
34. SANAA KEARNEY
35. KEVERNE KELLAR
36. WAYEEDAH KELLY
37. AMY KELLY-ISAAC
38. TEVANTA KERR
39. ROSHANE KING
40. SHANELL KNIGHT
41. MASHA KOSSIVI
42. SHAWANA KYSER
43. COURTNEY LACRETE
44. CHRISTOPHER LAGOS
45. AMARI LAIDLOW
46. NATHAN LAMBERT
47. DENASIA LANDERS
48. KYRIA LANE
49. TIARA LANGLEY
50. DAVID LEE

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: November 13, 2025                         Respectfully submitted,


                                                  /s/ Hope Pordy
                                                  Hope Pordy
                                                  Elizabeth Sprotzer
                                                  SPIVAK LIPTON, LLP
                                                  1040 Avenue of the Americas, 20th Floor
                                                  New York, NY 10018
                                                  Phone: (212) 765-2100
                                                  hpordy@spivaklipton.com
                                                  esprotzer@spivaklipton.com

2

/s/ Gregory K. McGillivary
Gregory K. McGillivary
Sarah M. Block
Rachel B. Lerner
McGillivary Steele & Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

*Counsel for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

*/s/ Hope Pordy*
Hope Pordy