**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

EVELTON STROMAN, *et al.*,

        Plaintiffs,

    v.

CITY OF NEW YORK,

        Defendant.

Case No. 25-cv-09478

**NOTICE OF FILING CONSENTS TO JOIN**

The plaintiffs, by and through counsel, hereby file Consent to Sue forms on behalf of the following individuals:

1. SHELDON SUTHERLAND
2. RODNEY TAYLOR
3. DONAVAN THOMAS
4. JOHN THOMAS
5. SIOBHAN THOMAS
6. WANDA THOMAS
7. GREGORY THOMPSON
8. DESIREE THORNE-GOURDINE
9. JAKIYAH TILLERY GRAHAM
10. CHARLENE TISDALE
11. JUSTIN TOBIAS
12. DANA TORRES
13. MIRIAM TORRES
14. TEIRRA TOWNES-COPELAND
15. LOUISE TRULUCK
16. VANTINA TRUMBLE
17. JOSEPH TSANG
18. AALIYAH TYSON
19. DONNA VALENTINE
20. KEVIN VANN
21. RICARDO VANREIL
22. JASMINE VASQUEZ
23. JOSE VASQUEZ
24. CARLOS VAZQUEZ

1

25. MARITZA VELAZQUEZ
26. LATOYA VENORD
27. JERMAINE VINCENT
28. CARLOS VIROLA
29. CHRISTINE WALKER
30. ERIC WALKER
31. KATRICE WALKER
32. DEMOUNTRIA WALLACE
33. LAKIMA WASHINGTON
34. ROGER WASHINGTON
35. TINA WATERMAN
36. ABRAHAM WATKINS
37. CHRISTOPHRR WATSON
38. RYNE WATSON
39. SHAVONNA WATSON
40. JAMES WATSON
41. SHAWNAY WATT
42. SHANIQUA WELLS
43. PETER WESTON
44. ALLEN WHITE
45. JEWELL WHITE
46. CANDICE WILLIAMS
47. CHRISTINE WILLIAMS
48. LANCE WILLIAMS
49. LE JUN WILLIAMS
50. SHELTON WILLIAMS
51. LAQUAN WILLIAMS
52. THERESA WILLIAMS
53. DYANI WILSON
54. JASON WILSON
55. TASHA WILSON
56. JENNIFER WOODARD
57. AMOS WOODS
58. DENISE WORTHY
59. ANTHONY WRIGHT
60. LAQUASHA WRIGHT
61. SHIRLEY WROTTEN
62. TAKIERA YOUNG
63. DYBENSON YVON
64. ARM ZAMAN
65. ROSTISLAV ZHELEZNYAK

The Consent to Sue forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: November 14, 2025                    Respectfully submitted,


*/s/ Hope Pordy*
Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON, LLP
1040 Avenue of the Americas, 20th Floor
New York, NY 10018
Phone: (212) 765-2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

*/s/ Gregory K. McGillivary*
Gregory K. McGillivary
Sarah M. Block
Rachel B. Lerner
McGillivary Steele & Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

/s/ Hope Pordy
Hope Pordy