**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Sutherland        Sheldon        Melvin
           Last Name          First Name          Middle

Signed by:

SIGNATURE _____
454F06F7921E41B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Taylor           Rodney          N/A

                  Last Name            First Name         Middle

Signed by:

SIGNATURE _____ *Rodney Taylor* _____

8182DEA4FB4F46D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Thomas            Donavan            Shamel
                 Last Name             First Name             Middle

Signed by:

SIGNATURE _____
7CDB75D582F746E...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____

        Thomas                  John                      Willie

             Last Name                 First Name            Middle

SIGNATURE_____

Signed by:
5EF067254E3D44C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Thomas             Siobhan             Ebony
                 Last Name             First Name             Middle

SIGNATURE _____ *Signed by: SThomas* _____
90673D1701B647C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Thomas_____Wanda_____A_____
                       Last Name                              First Name                           Middle

SIGNATURE_____[Signed by: *Wanda Thomas* C652C7A088284B4...]_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Thompson_____Gregory_____Taq_____
                        Last Name                              First Name                           Middle

Signed by:
Gregory T

SIGNATURE_____
7B2FC04C36BF43F...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Thorne-Gourdine        Desiree        Diane

                Last Name           First Name           Middle

Signed by:

SIGNATURE_____

0A57C3DD5FEA400...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ___Tillery Graham_____Jakiyah_____Ameera_____
     Last Name      First Name     Middle

Signed by:
SIGNATURE_____Jakiyah Tillery Graham_____
     23D7AC6324C54DE...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Tisdale_____Charlene_____Khadajah_____
                          Last Name                         First Name                        Middle

SIGNATURE_____

Signed by:
*[signature]*
280009320E2E497...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

      **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME        Tobias             Justin             Shemar

             Last Name            First Name          Middle

Signed by:

SIGNATURE

3DA2D97518814B1…

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Torres_____Dana_____._____
                        Last Name                    First Name                    Middle

SIGNATURE_____

      7B9788B39D5C45C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____
         Torres                   Miriam                   J

                Last Name                   First Name               Middle

SIGNATURE_____

Signed by: *Miriam J. Torres*
04F8E75E839B4E8...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ___Townes-Copeland_____Teirra_____Jordaney_____
                  Last Name                        First Name                       Middle

SIGNATURE_____

Signed by:

95E1A2EFC3584C3...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Truluck              Louise              Lee
                 Last Name              First Name             Middle

SIGNATURE    *Signed by:*  *Louise Truluck*
                  3BACE8DD75DF490...

**(Continue on Reverse)**

## CONSENT TO SUE
### REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Trumble _____ Vantina _____ Eloise _____
                    Last Name                First Name              Middle

SIGNATURE_____ *[signature]* _____
Signed by:
ED2E29CC3C5747F...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

     **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Tsang         Joseph        N/A

                Last Name           First Name        Middle

Signed by:

SIGNATURE _____

96AAFDBB1C48479...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Tyson_____Aaliyah_____Brenda_____
　　　　　　　　Last Name　　　　　　　　First Name　　　　　　　Middle

Signed by:

SIGNATURE_____
　　　　　　　51D154F9A6DF432...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Valentine            Donna            Maureen
                   Last Name            First Name            Middle

Signed by:
SIGNATURE _____
79F3AC3E76894BA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Vann _____ Kevin _____ Paul _____
                     Last Name                    First Name              Middle

Signed by:

SIGNATURE_____
448533483B7E432...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    VanReil        Ricardo        Ottmar
             Last Name         First Name         Middle

Signed by:

SIGNATURE
87363A0B9289456...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ____Vasquez_____Jasmine_____V_____
                 Last Name                       First Name                       Middle

Signed by:
SIGNATURE_____
          911264449894443…

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME  _____Vasquez_____Jose_____David_____
                     Last Name                           First Name                          Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Vazquez_____Carlos_____None_____
                          Last Name                       First Name                         Middle

SIGNATURE_____

Signed by:
23E117AB98BD486...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Velazquez           Maritza           Cintron

             Last Name           First Name           Middle

SIGNATURE _____ *Signed by: [signature]* _____
93801F23FA4C499...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Venord          Latoya          Sherell
                 Last Name          First Name          Middle

Signed by:

SIGNATURE
7879912F22814DB...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____VINCENT_____JERMAINE_____MAURICE_____
                     Last Name                              First Name                              Middle

Signed by:

SIGNATURE_____
                      D4D88E0193384F2...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Virola           Carlos           Manuel
               Last Name             First Name            Middle

SIGNATURE _____

Signed by:
36AE8DA125B04C6...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Walker _____ Christine _____ C _____
                     Last Name                 First Name          Middle

Signed by:

SIGNATURE_____ C. Walker _____
ECC8E650BE024F8...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     Walker                           Eric                           C

Last Name                    First Name                    Middle

SIGNATURE_____Signed by: _____
78B81B6DCA56418...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.


NAME _____Walker_____Katrice_____Lakeisha_____
                       Last Name                              First Name                         Middle


Signed by:

SIGNATURE_____*Katrice Walker*_____
                       3AE7C1C4B0DE4DA...


**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Wallace_____Demountria_____Dwaun_____
                           Last Name                            First Name                          Middle

SIGNATURE_____*Demountria wallace*_____
                           831CC16DCE2F4A6...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Washington_____Lakima_____Sarah_____
                        Last Name                      First Name                    Middle

SIGNATURE_____Lakima Washington_____
                              2CD39DB223494BB...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Washington_____Roger_____Pharr_____
                         Last Name                      First Name                     Middle

Signed by:

SIGNATURE___*[signature]*_____
F73F3B66961A477...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Waterman            Tina                 D
                Last Name              First Name           Middle

SIGNATURE    Signed by:
                 14F6F050051C4F9...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Watkins          Abraham          J
                Last Name          First Name          Middle

SIGNATURE _____
Signed by:
F267B7C2AA73415…

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Watson_____Christophrr_____Lameik_____
                         Last Name                          First Name                     Middle

                          Signed by:
SIGNATURE_____ Christopher Watson _____
                          E39CA4C9119640B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Watson_____Ryne_____William_____
                        Last Name                        First Name                        Middle

SIGNATURE_____
                    Signed by:

                    1E51933B345045D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Watson_____James_____NA_____
                     Last Name                    First Name                    Middle

SIGNATURE_____

Signed by:

*J W*

97A29A2DDA3C47D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Watson_____Shavonna_____R_____
Last Name                        First Name                    Middle

Signed by:

SIGNATURE_____
6E2A4C08CE5542A...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME      Watt                Shawnay             Niya
                       Last Name             First Name             Middle

Signed by:

SIGNATURE
105BBC3268B44B1…

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

     **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Wells        Shaniqua        P
                Last Name           First Name         Middle

SIGNATURE _Signed by: SWells_ 1C964B60AE4C47C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Weston _____ Peter _____ A _____
              Last Name                     First Name              Middle

Signed by:

SIGNATURE _____ *Peter Weston* _____
              29AC89815D184F7...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____White_____Allen_____DeVaugh_____
                        Last Name                    First Name                    Middle

SIGNATURE_____

Signed by:

9D56990EB37D4FD...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME     White                              Jewell                         Tasha
_____
                    Last Name                       First Name                    Middle


**Signed by:**

SIGNATURE_____
                 C19E5BA3EBDA4F2...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME     Williams           Candice           Fatima
                  Last Name            First Name           Middle

Signed by:

SIGNATURE _____
99DC77CCC91A498...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Williams_____Christine_____Helena_____
                           Last Name                              First Name                              Middle

SIGNATURE_____*Christine Williams*_____
                    Signed by:
                    C82A29ADEE1C477...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Williams_____Lance_____Terrell_____
                    Last Name              First Name              Middle

SIGNATURE_____

DocuSigned by:

1A5F922B3A064C7...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME ____Williams Jr_____Le Jun_____L_____
         Last Name                    First Name              Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Williams _____ Shelton _____ N/A _____
                    Last Name                      First Name                      Middle

SIGNATURE_____

1746F5D7442B4EF...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____Williams_____Laquan_____T_____
Last Name                           First Name                           Middle

SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Williams _____ Theresa _____ Tamika _____

Last Name                          First Name                          Middle

Signed by:

SIGNATURE_____[signature]_____

7B9F83E89F5840C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Wilson_____Dyani_____Samantha_____
                          Last Name                            First Name                          Middle

Signed by:

SIGNATURE_____*Dyani Wilson*_____
                          A166DAE1A84B4DA...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Wilson _____ Jason _____ Tyrone _____
                          Last Name                        First Name                          Middle

Signed by:

SIGNATURE_____

A20D92846A33466...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME    Wilson            Tasha            N/a

               Last Name              First Name            Middle

Signed by:

SIGNATURE _Tasha Wilson_

49CA242879FB4BC...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

 **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief  under the Fair Labor Standards Act.**

Takina

Woodard Jennifer

NAME

_____

Last Name First Name Middle

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ____Woods_____Amos_____Howard_____
                  Last Name                    First Name                    Middle

SIGNATURE_____

Signed by:
1F82A6EC611347B...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME    Worthy        Denise        None347864166

               Last Name          First Name          Middle

Signed by:

SIGNATURE_____

87FD64F131E544A...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Wright _____ Anthony _____ Lamont _____
Last Name               First Name             Middle

Signed by:

SIGNATURE_____
0F2DD4F9C49945D...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

   **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____Wright_____LaQuasha_____E_____
                              Last Name                              First Name                              Middle

SIGNATURE_____

Signed by:
6C1DE6C930FD428...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

    **I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME        Shirley                  Wrotten              None
                   Last Name                First Name            Middle

Signed by:

SIGNATURE
2724DC0F613E4C6...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

 I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.


NAME _____Young_____Takiera_____J_____
　　　　　　　　　　　Last Name　　　　　　　　　　First Name　　　　　　　　Middle


SIGNATURE_____

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME _____ Yvon _____ Dybenson _____ N/A _____
                    Last Name                        First Name                    Middle

Signed by:

SIGNATURE_____
                8F1FCEE1D4CE49C...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

**I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME _____ Zaman _____ Arm _____ Shiam _____

Last Name                     First Name                     Middle

Signed by:

SIGNATURE_____ [signature] _____
0877F4524495417...

**(Continue on Reverse)**

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – DHS SPECIAL OFFICER OVERTIME PAY**

I hereby consent to become a party-plaintiff in an action to recover overtime wages and other relief under the Fair Labor Standards Act.

NAME  _____Zheleznyak_____Rostislav_____N/A_____
                         Last Name                           First Name                           Middle

SIGNATURE_____

**(Continue on Reverse)**