AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| Evelton Stroman, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    25-cv-09478 |
| City of New York | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Plaintiffs.                                                                                      .

Date:    11/17/2025

_____
*Attorney's signature*

Elizabeth Sprotzer (ES0717)
*Printed name and bar number*

Spivak Lipton LLP
1040 Avenue of the Americas, Floor 20
New York, NY 10018

_____
*Address*

esprotzer@spivaklipton.com
*E-mail address*

(212) 765-2100
*Telephone number*

(212) 765-8954
*FAX number*