SPIVAK LIPTON LLP
Corporate Service

# UNITED STATES SOUTHERN DISTRICT COURT OF NEW YORK



**\*2537076\***

## AFFIRMATION OF SERVICE

Index no : **1:25-CV-09478**
Date of Purchase: **11/13/2025**

| Plaintiff: | **EVELTON STROMAN ETAL** |
|---|---|
| Defendant: | **CITY OF NEW YORK** |

**YOLER JEAN-BAPTISTE**, the undersigned, affirm that I was at the time of service over the age of eighteen and not a party to this action. I reside in the state of New York.

On **11/20/2025** at **1:07 PM**, I served the within **SUMMONS & COMPLAINT JURY TRIAL DEMANDED WITH EXHIBIT A** on **CITY OF NEW YORK** a domestic corporation (one of) the **Defendant** at **100 CHURCH STREET, New York, NY 10007** in the manner indicated below:

By delivering to and leaving personally with **Ariton Marke**, **GENERAL AGENT** a true copy of each thereof.

A description of the **Defendant**, or other person served on behalf of the **Defendant** is as follows:

| Perceived gender | Perceived race | Color of hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | WHITE | BROWN | 40 | 5'7" | 170 |
| Other Features: **Glasses** | | | | | |

 I affirm this 24th day of November, 2025, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

The Deponent inquired if the individual was authorized to accept service and received an affirmative response.

X _____
YOLER JEAN-BAPTISTE
License#: 1139306
AAA Attorney Service Co. of NY, Inc.
20 Vesey Street, Room 1110
New York,NY 10007
(212) 233-3508 Clerk: Maria



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | |
|---|---|
| Evelton Stroman et al. <br><br> _Plaintiff(s)_ <br> v. <br> City of New York <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. |

...amped copy

2025 NOV 20  P 1: 04  CITY OF N.Y. LAW DEPT. OFFICE OF CORP. COUNSEL COMMUNICATIONS UNIT

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   City of New York
100 Church Street
New York, NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Hope Pordy
Elizabeth Sprotzer
Spivak Lipton LLP
1040 Avenue of the Americas, 20th Floor
New York, NY 10018

Gregory K. McGillivary
Sarah M. Block
Rachel B. Lerner
McGillivary Steele Elkin LLP
1101 Vermont Ave NW, Suite 1000
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____                    _____
                                                                            _Signature of Clerk or Deputy Clerk_