**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| EVELTON STROMAN, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br>CITY OF NEW YORK,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 25-cv-09478<br><br>**MOTION FOR ADMISSION<br>PRO HAC VICE OF<br>RACHEL BETH LITE<br>LERNER** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I,＿＿＿Rachel Beth Lite Lerner＿＿＿, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for ＿All＿＿＿＿Plaintiffs, EVELTON STROMAN, *et al.*＿＿＿＿＿, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of ＿＿＿the District of Columbia ＿＿＿, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 19, 2025                    Respectfully Submitted,

Applicant Signature:

| | |
|---|---|
| Applicant's Name: | Rachel Beth Lite Lerner |
| Firm Name: | McGillivary Steele Elkin, LLP |
| Address: | 1101 Vermont Ave, NW, #1000 |
| City/State/Zip: | Washington, D.C. 20005 |
| Telephone/Fax: | 202-833-8855/202-452-1090 |
| Email: | rbl@mselaborlaw.com |