**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EVELTON STROMAN, *et al.*, )<br><br>  Plaintiffs, )<br><br>  v. )<br><br>CITY OF NEW YORK, )<br><br>  Defendant. )<br> ) | No**:** 25-cv-09478<br><br>**MOTION FOR ADMISSION**<br>**PRO HAC VICE OF**<br>**GREGORY KEITH**<br>**MCGILLIVARY** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I,____Gregory Keith McGillivary____, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for __All Plaintiffs, Evelton Stroman, *et al.*_____, in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of _____the District of Columbia, Virginia, and Washington (inactive)__, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: 12/19/2025                                        Respectfully Submitted,

Applicant Signature:

Applicant's Name:     Gregory Keith McGillivary
Firm Name:     McGillivary Steele Elkin, LLP
Address:     1101 Vermont Ave, NW, #1000
City/State/Zip:     Washington, D.C. 20005
Telephone/Fax:     202-833-8855/202-452-1090
Email:     gkm@mselaborlaw.com