# SPIVAKLIPTON<sub>LLP</sub>

ATTORNEYS AT LAW

Hope Pordy
hpordy@spivaklipton.com
1040 Avenue of the Americas
20th Floor
New York, NY 10018
T 212.765.2100
F 212.765.8954
www.spivaklipton.com

April 30, 2026

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:     *Stroman v. City of New York*, Case No. 1:25-cv-09478-JPC

Dear Judge Cronan:

I represent the Plaintiffs in the above-referenced Fair Labor Standards Act (FLSA) case and write on behalf of both Parties. Specifically, the Parties write in response to the Court's April 15, 2026, Mediation Referral Order for Cases That Include Claims Under the Fair Labor Standards Act 29 U.S.C. § 201 et seq. (Dkt. 29), and to jointly request to schedule a settlement conference before the assigned magistrate judge, Magistrate Judge Barbara C. Moses.

The Parties have a sincere interest in exploring early settlement in this matter, particularly given the Parties' successful resolution through settlement of two prior FLSA cases involving plaintiffs in the same position as this case, *Campbell, et al v. City of New York,* Case No. 1:16-cv-08719-SDA, and *Brown, et al v. City of New York* Case No.1:17-cv-09078-AJN. The Parties have already taken substantial steps to enable them to engage in meaningful settlement negotiations. The City will be producing Plaintiffs' FISA payroll data this week and expects to produce the Plaintiffs' CityTime timekeeping data by the first week of May, from which the Parties' can calculate damages. Plaintiffs anticipate submitting a settlement demand to the Defendant by May 22nd.

Given the Parties' experiences litigating, and resolving, FLSA cases with the help of this Court's Magistrate Judges, the Parties believe that a settlement conference with Magistrate Judge Moses—as opposed to the assistance of a private mediator assigned through the Court's mediation program—will provide the parties with the best prospects for settlement and will bring about the most efficient resolution of this matter. Given the Defendant's process for obtaining settlement authority, the Parties believe that a settlement conference will be most effective if scheduled for a date in September 2026.

We thank the Court for consideration of the Parties' request.

1

2

Respectfully submitted,

*Hope Pordy*

cc:    All Counsel of Record