**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

EVELTON STROMAN, *et al.*,                    )
                                              )
            Plaintiffs,                       )        No. 25-CV-09478
                                              )
      v.                                      )
                                              )
CITY OF NEW YORK,                             )
                                              )
            Defendant.                        )

## JOINT STIPULATION OF DISMISSAL OF 43 PLAINTIFFS WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the voluntary dismissal of the below-listed individuals in the above-captioned case who are ineligible for this case because Defendant's payroll records reveal that they did not work in a covered title (Special Officer and/or Sergeant in the Department of Homeless Services) during the relevant recovery period:

1.  TABITHA ACABA

2.  MARTIN ALVAREZ

3.  ZYLIA BARRINGTON

4.  DESMOND BARTON

5.  VANESSA BERRY

6.  KHADIJAH BOONE

7.  TERISH BROWN

8.  HENRY CAMPBELL

9.  NICKEY COMMRIE

10. WENTWORTH CORBIN

1

11. MICHAEL DEXTER

12. DESTINY DIAZ

13. SAMANTHA DIAZ

14. LATASHA FRANK

15. ROBERT GARRISON

16. LAMAR GILES

17. TARRELL HENDRICKSON

18. TIYSHIA HERBIN

19. STEVEN HOLDER

20. JAYRON JEFFERIES

21. KEVERNE KELLAR

22. DENASIA LANDERS

23. JEFFREY LOMAX

24. TAMIKA MACK

25. DWAYNE MEIKLE

26. KENNETH MENDS

27. JAHMANUEL MORRIS

28. DONALD PEART

29. DARIHANA PERALTA

30. JEPHTE PEREZ

31. RENEE SINGLETON

32. SIVAD SLOCUMB-WARLICK

33. MONIQUE SMALL

34. TYRINA STITH

35. YOLANDA SUMTER

36. SHELDON SUTHERLAND

37. DONAVAN THOMAS

38. JOHN THOMAS

39. LATOYA VENORD

40. ERIC WALKER

41. LANCE WILLIAMS

42. DENISE WORTHY

43. ARM ZAMAN

This notice of voluntary dismissal pertains to the claims of the above listed individuals only; all other claims by all other Plaintiffs remain pending.

Respectfully Submitted,

3

_Hope Pordy_

Hope Pordy
Elizabeth Sprotzer
SPIVAK LIPTON, LLP
1040 Avenue of the Americas 20th Floor
New York, NY 10018
Phone: (212) 765-2100
hpordy@spivaklipton.com
esprotzer@spivaklipton.com

Dated: 5/13/26



Gregory K. McGillivary
Sarah M. Block
Rachel B. Lerner
McGillivary Steele Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Phone: (202) 833-8855
gkm@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

Dated: April 29, 2026

*Counsel for Plaintiffs*

_Shivani R. Damera_

Shivani R. Damera
Assistant Corporation Counsel
Attorney for Defendant
100 Church Street
New York, New York 10007
(212) 356-2444
sdamera@law.nyc.gov

Dated: ____5/13/2026____

*Counsel for Defendant*

SO ORDERED.
Date: May 14, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

The Clerk of Court is respectfully directed to terminate the 43 named Plaintiffs from the docket.