MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 09/23/26

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SHIVANI R. DAMERA**
*Assistant Corporation Counsel*
Labor and Employment Law Division
Telephone: (212) 356-2444
E-mail: sdamera@law.nyc.gov

September 21, 2026

**By ECF**

Honorable Barbara C. Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Stroman et. al. v. City of New York
1: 25-cv-09478 (JPC) (BCM)

Dear Magistrate Judge Moses:

I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel for the City of New York, attorney for Defendant in the above-referenced action. I write to respectfully request an adjournment of the Settlement Conference scheduled on October 7, 2026. See ECF Doc. No. 36. This is Defendant's first request for an adjournment. Plaintiffs consent to Defendant's request for an adjournment. The parties are available on November 17, November 18, and November 19, 2026 to attend an in-person Settlement Conference.

The requested adjournment is necessary to allow additional time to obtain settlement authority. The agency and the Comptroller's Office are in the process of reviewing and approving the settlement proposal in this case. I am also working diligently to address the agency's and the Comptroller's Office's inquiries about the valuation in the case. Accordingly, Defendant requests that the Settlement Conference be adjourned from October 7, 2026 to November 17, 18, or 19, 2026.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ Shivani Damera

Shivani R. Damera
Assistant Corporation Counsel

cc: To All Parties (via ECF)

Application GRANTED. The settlement conference currently scheduled for October 7, 2026 is ADJOURNED to **November 19, 2026** at **2:15 p.m.** The parties' confidential settlement letters are due no later than **November 12, 2026**. All other provisions of the Order Scheduling Settlement Conference (Dkt. 36) remain in effect. SO ORDERED.

**Barbara Moses**
**United States Magistrate Judge**
**September 23, 2026**